UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDY CHARLES MARSHALL                    CIVIL ACTION
(#539910)

VERSUS

JAMES M. LEBLANC, ET AL.                     NO. 22-00167-BAJ-SDJ

## RULING AND ORDER

Plaintiff, an inmate confined at the Louisiana State Penitentiary (LSP), alleges that his constitutional rights were violated when prison officials conspired to file a false disciplinary report against him, and thereafter pursued disciplinary proceedings that resulted in lost privileges at LSP. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 5, the "R&R")**, recommending that Plaintiff's federal constitutional claims be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted, and further recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. (*Id.*). Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal constitutional be and are hereby

**DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous and for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 17th day of April, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**